United States Court of Appeals,
Federal Circuit.

July 1, 2011.

Before RADER, Chief Judge,
GAJARSA and PROST, Circuit Judges.

## ON MOTION

## ORDER

Misc. No. 908.

United States Court of Appeals,
Federal Circuit.

July 25, 2011.

## ORDER

Upon consideration of the decision of the Supreme Court of the United States in *United States v. Jicarilla Apache Nation,* —— U.S. ——, 131 S.Ct. 2313, 180 L.Ed.2d 187 (2011), reversing this court's judgment and remanding for further proceedings,

It Is Ordered That:

The petition is reinstated.